IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGELA VALENTINE | )( |
| Plaintiff, | )( |
| v. | )( No. 4:21-CV-00848 |
| UNITED STATES OF AMERICA, | )( |
| Defendant. | )( |

## NOTICE OF NONSUIT OF DEFENDANT UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(1)(A)(ii) Plaintiff voluntarily non-suits her case against the Defendant. This dismissal is singed by all parties and is without prejudice.

Made this 24th day of May, 2022.

Respectfully submitted,

**BOYAKI LAW FIRM**
Attorneys at Law
4621 Pershing Drive
El Paso, Texas 79903
Tel.: (915) 566-8688
Fax : (915) 566-5906

By: /s/ Walter L. Boyaki
**WALTER L. BOYAKI**
Attorney for Plaintiff
State Bar No.02759500

**AGREED:**

**/s/ Fred T. Hinrichs**

_____
**FRED T. HINRICHS**
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, **WALTER L. BOYAKI**, do hereby certify that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to **FRED T. HINRICHS**, Assistant United States Attorney, 1000 Louisiana Street, Suite 2300, Houston, Texas 77002, on this 24th May, 2022.

/s/ Walter L. Boyaki
**WALTER L. BOYAKI**