United States District Court
Southern District of Texas
**ENTERED**
May 25, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ANGELA VALENTINE § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-00848 |
| § | |
| UNITED STATES OF AMERICA § | |

## ORDER

Plaintiff Angela Valentine has filed a Notice of Nonsuit without Prejudice as to Defendant United States of America (Doc. 22). This action is therefore **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 25th day of May, 2022.

KEITH P. ELLISON

UNITED STATES DISTRICT JUDGE